**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDGAR CEDANO,<br>Defendant. | Case No.: 26cr3558-LL<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**<br><br>The Honorable Linda Lopez |

The United States of America's Motion to Dismiss the Information (ECF No. 20), without prejudice, is **GRANTED**. The Court **DISMISSES** the Information without prejudice.

DATED: 9/24/2026

**Hon. Linda Lopez**
United States District Judge